**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6972

CORNELIUS LAMONT BARNES,

Plaintiff - Appellant,

v.

BEVERLY DUFORD; WAYNE HAND,

Defendants - Appellees,

and

TERRY AVERY, Lieutenant; ROBERT DAUGHERTY,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:20-ct-03270-FL)

Submitted:  July 25, 2024                                   Decided:  July 29, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cornelius Lamont Barnes, Appellant Pro Se. Edward Eugene Coleman, III, Michael James Hutcherson, RAGSDALE LIGGETT, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Lamont Barnes appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Barnes v. Duford*, No. 5:20-ct-03270-FL (E.D.N.C. Sept. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*